1086

No. 92–6847. BUCHANAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6850. ARMSTRONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6853. SIERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6854. DANIELS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6877. CLARKE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6880. CAGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6888. PLEASANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6890. BEGLEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–6894. HOOKER, AKA RIBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6895. KIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6899. COLEMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6945. CARDINE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–597. 1975 SALARIED RETIREMENT PLAN FOR ELIGIBLE EMPLOYEES OF CRUCIBLE, INC., ET AL. v. NOBERS ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.